**Joseph R. JOHNSON, Petitioner–Appellant,**

v.

**W. FILBERT; Attorney General of the State of Maryland, Respondents–Appellees.**

No. 02–6111.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided June 10, 2002.

Joseph R. Johnson, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Celia Anderson Davis, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph R. Johnson appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Johnson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Johnson v. Filbert,* No. CA–00–2035–AMD (D.Md. Dec. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*